# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

JAMERREL V. EVERETT,

          Plaintiff,

          v.                                                                                          Case No. 06-C-0850

JAMES DOYLE, WISCONSIN STATE
LEGISLATIVE COUNCIL, HELENE NELSON,
STEVE WATTERS, WENDY NORDBERG,
STEVE SCHNEIDER, DAVID THORNTON,
DAVID PRESCOTT, TONY ASSID,

          Defendants.

_____

## ORDER

*Pro se* plaintiff Jamerrel V. Everett ("Everett") is a civilly committed patient of the Sand Ridge Secure Treatment Center in Mauston, Wisconsin. Everett filed this action pursuant to 42 U.S.C. § 1983, alleging that he is subject to unconstitutional conditions of confinement at the Sand Ridge Treatment Center. Because all parties are located in the Western District of Wisconsin and because all events giving rise to the plaintiff's claims occurred in the Western District of Wisconsin, the court finds that the proper venue for this action lies in the Western District of Wisconsin and that venue in this district is improper. Therefore, the court intends to dismiss this action without prejudice for lack of proper venue pursuant to Federal Rule of Civil Procedure 12(b)(3); however, before the court dismisses this action, the parties will be provided with an opportunity to formally object to the dismissal within twenty days from the date of this order.

Everett v. State of Wisconsin et al                                                                                          Doc. 3

Dockets.Justia.com

-2-

Accordingly,

**IT IS ORDERED** that the parties may file a written objection to the dismissal of this action for lack of proper venue within twenty days from the date of this order.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2006.

BY THE COURT:

s/J.P. Stadtmueller
J.P. STADTMUELLER
U.S. District Judge